IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-531-FDW-DCK

| | |
|---|---|
| TIMEA CSIKOS BARRACK, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| ALEJANDRO MAYORKAS, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Stay" (Document No. 10) filed September 10, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the parties request that this matter be stayed pending resolution of Defendant's "Motion To Remand And Dismiss" (Document No. 8). Defendants indicate that "[e]ven though Plaintiff does not consent to remand, Plaintiff does consent to a stay or extension of the time to answer the complaint until after the Court's decision on remand and/or dismissal." (Document No. 10).

**IT IS, THEREFORE, ORDERED** that the "Motion To Stay" (Document No. 10) is **GRANTED**. This matter is **STAYED** until after the Court's disposition of Defendant's pending "Motion To Remand and Dismiss" (Document No. 8). Plaintiff shall file a response to Defendant's "Motion To Remand And Dismiss" (Document No. 8) by **September 23, 2024**.

**SO ORDERED**.

Signed: September 10, 2024

David C. Keesler
United States Magistrate Judge